Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

## ORDER

PER CURIAM.

Defendant was convicted under § 195.-202, RSMo 1986, of illegal possession of cocaine, a controlled substance. The trial court found defendant was a prior drug offender pursuant to § 195.285, RSMo 1986, and sentenced him to twelve years in the Department of Corrections. He appeals from that judgment.

We have considered each point defendant raised on appeal. No jurisprudential purpose would be served by a written opinion. We affirm the judgment and sentence pursuant to Rule 30.25.

In addition, defendant filed a Rule 29.15 motion. An evidentiary hearing was conducted. The motion court filed findings of fact, conclusions of law, and an order denying the motion.

The judgment of the motion court is based on findings that are not clearly erroneous. No error of law appears. An opinion would have no precedential value. The motion court's order is affirmed pursuant to Rule 84.16(b).

Judith LaRose, Office of the State Public Defender, Columbia, for defendant, appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of the offense of felony stealing, § 570.030, RSMo 1986. He was found by the court to be a prior offender and sentenced to a term of seven years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Jarrett WILLIAMS, Defendant/Appellant.**

No. 61260.

Missouri Court of Appeals, Eastern District, Division One.

March 16, 1993.

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Stephen Corey WREN, Defendant/Appellant.**

No. 61982.

Missouri Court of Appeals, Eastern District, Division One.

March 16, 1993.

Stephen Wren, pro se.